UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61349-CV-DIMITROULEAS

SAULO JOSE SERRANO GALVEZ,

      Petitioner,

v.

WARDEN OF THE BROWARD TRANSITIONAL CENTER, et al.

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner SAULO JOSE SERRANO GALVEZ ("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed May 5, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **May 12, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before May 15, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov