UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61349-CV-DIMITROULEAS

SAULO JOSE SERRANO GALVEZ,

     Petitioner,

v.

WARDEN, BROWARD DETENTION CENTER, *et al.*,

     Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Status Report [DE 8], filed herein on May 21, 2026. The Court has considered the Status Report [DE 8] and is otherwise fully advised in the premises.  The Status Report indicates that a bond hearing was held and the Immigration Judge granted a bond of $15,000 and required Petitioner to surrender his passport to ERO prior to posting bond, and required no further arrests.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for Friday, May 22, 2026 is **CANCELLED**. This Case remains **CLOSED**.

The Clerk is **DIRECTED** to send a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov